# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Melissa Summerson, | ) | **JUDGMENT IN A CIVIL CASE** |
| | ) | |
| Plaintiff, | ) | CV-13-8114-PCT-DGC |
| | ) | |
| v. | ) | |
| | ) | |
| City of Kingman, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED AND ADJUDGED that pursuant to the Notice of Offer of Judgment and the Notice of Acceptance of Offer of Judgment, judgment is entered for Plaintiff, Melissa Summerson, and against Defendant, City of Kingman in the amount of $50,000.00, in full settlement. This action is hereby terminated.

BRIAN D. KARTH
District Court Executive/Clerk

January 28, 2014

 s/A. Smith
By: Deputy Clerk